IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID HARRIS, on behalf of himself and a class of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ENTERPRISE RECOVERY SYSTEMS, INC.,<br><br>Defendant. | No. 1:11-cv-3151 |

### ERS's MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant, Enterprise Recovery Systems, Inc., ("ERS") by its attorneys, Rock Fusco & Connelly, LLC, and for its Motion for Leave to file its Third-Party Complaint against CollectCorp Corporation, Inc., and its Affirmative Defenses to Plaintiff's Complaint, states:

1. On May 11, 2011, Plaintiff filed his Complaint against ERS.

2. On July 18, 2011, ERS filed its answer.

3. Through the discovery process, ERS has become aware of affirmative defenses that are available to it. Specifically, ERS has become aware of facts indicating that Plaintiff may have consented to the use of his cellular telephone number for the purposes of debt collection efforts by providing such number to creditors such as the Department of Education and, further, that the claims presented in this matter may be the result of bona fide error notwithstanding ERS's maintenance of procedures reasonably adapted to avoid such error.

4. Moreover, ERS has become aware of facts indicating that the claims made against it in this matter may be the result of actions by a third-party debt collector, CollectCorp Corporation, Inc.

5. A Collection Subcontracting Agreement exists between ERS and CollectCorp Corporation, Inc., which provides for the indemnification of ERS for the acts, errors or omissions of CollectCorp Corporation, Inc., pursuant to the terms of such Agreement.

WHEREFORE, Defendant, Enterprise Recovery Systems, Inc. requests leave to file a Third-Party Complaint against CollectCorp Corporation, Inc., and to file its Affirmative Defenses to Plaintiff's Complaint, *instanter*, or for any other relief this Court deems just.

Dated: July 27, 2012

Respectfully submitted,

Enterprise Recovery Systems, Inc.

By: __/s/ Gerald W. Napleton___
      One of its attorneys

Matthew P. Connelly
Cory D. Anderson
Gerald W. Napleton
Rock Fusco & Connelly, LLC
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654
312.494.1000
312.494.1001 – fax

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that the aforementioned documents were served upon all attorneys of record electronically via CM/ECF.

_____/s/ Gerald W. Napleton_____